UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 23 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

PHARMACEUTICAL RESEARCH AND
MANUFACTURERS OF AMERICA,

Plaintiff - Appellee,

v.

ANDREW R. STOLFI, in his official
capacity as Director of the Oregon
Department of Consumer and Business
Services,

Defendant - Appellant.

No. 24-1570

D.C. No.
6:19-cv-01996-MO
District of Oregon,
Eugene

ORDER

Before: BEA, KOH, and SUNG, Circuit Judges.

Judge Koh and Judge Sung voted to deny the petition for panel rehearing.

Judge Bea voted to grant the petition for panel rehearing. Judge Koh and Judge

Sung voted to deny the petition for rehearing en banc. Judge Bea recommended

granting the petition for rehearing en banc.

The full court has been advised of the petition for rehearing en banc, and no

judge of the Court has requested a vote on the petition. Fed. R. App. P. 40. The

petition for panel rehearing and rehearing en banc (Dkt. 61) is **DENIED**.